1  Erwin J. Shustak, Esq. (CA Bar No. 119152)
   shustak@shufirm.com
2  Jessica L. Mackaness, Esq. (CA Bar No. 272805)
   jmackaness@shufirm.com
3  SHUSTAK REYNOLDS & PARTNERS, P.C.
4  401 West "A" Street, Suite 2250
5  San Diego, CA 92101
   Telephone: (619) 696-9500
6  Facsimile:  (619) 615-5290
7
   *Attorneys for Plaintiffs/Counterclaim-Defendants*
8

9  **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  THOMAS NEAL STERCHI, JR., an individual; and KRISTINE STERCHI, an individual, | CASE NO: 3:17-cv-01097-AJB -WVG |
| 12 | |
| 13 | **PLAINTIFFS/COUNTERCLAIM-DEFENDANTS THOMAS NEAL STERCHI, JR.'S AND KRISTINE STERCHI'S DEMAND FOR JURY TRIAL** |
| 14              Plaintiffs, | |
| 15  v. | |
| 16  WILLIAM M. MALLOY, III, an individual; MWM 1835, LLC, a Delaware Limited Liability Company doing business in San Diego; VINEE MEHTA, an individual; and DOES 1-25, inclusive, | |
| 17 | Honorable Anthony J. Battaglia |
| 18 | Complaint Filed:  May 30, 2017 |
| 19 | |
| 20 | |
| 21              Defendants. | |
| 22  WILLIAM M. MALLOY, III, | |
|              Counterclaim-Plaintiff, | |
| 23  v. | |
| 24 | |
| 25  THOMAS NEAL STERCHI, JR., an individual; and KRISTINE STERCHI, an individual, | |
| 26 | |
| 27              Counterclaim-Defendants. | |

28

1  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs/
2  Counterclaim-Defendants Thomas Neal Sterchi, Jr. and Kristine Sterchi demand trial
3  by jury in this action of all issues so triable.

5  DATED: June 20, 2017          Submitted by,

   SHUSTAK REYNOLDS & PARTNERS, P.C.
   ERWIN J. SHUSTAK, ESQ.
   JESSICA L. MACKANESS, ESQ.

   _____
   JESSICA L. MACKANESS, ESQ.

   401 West "A" Street, Suite 2250
   San Diego, CA 92101
   Telephone: (619) 696-9500
   Facsimile: (619) 615-5290

   *Attorneys for Plaintiffs/ Counterclaim-Defendants*